UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :         **RESCHEDULING ORDER**
                                  :
**Jaquan Nicholas,**              :         7:21-cr-00540-PMH
                   Defendant.     :
                                  :
-------------------------------------------------------------x

The Court has rescheduled the Violation of Supervised Release Revocation Hearing in this matter to April 27, 2022 at 10:00 a.m. in courtroom 520 at the White Plains Courthouse.

The parties shall submit to the Court a list of testifying witnesses, their exhibits, and 3500 material by April 13, 2022.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. The questionnaire is located on the Court's Website. Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: March 11, 2022                    SO ORDERED:

                                         _____
                                         Philip M. Halpern, U.S.D.J