

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

> Application granted. The hearing scheduled for 4/27/2022 at 10:00 a.m. is converted to a status conference.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         April 13, 2022

**BY ECF and EMAIL**

The Honorable Philip M. Halpern
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re:  *United States v. Jaquan Nicholas*, 21 Cr. 540 (PMH)

Dear Judge Halpern:

    In the above-referenced case, defendant Jaquan Nicholas is charged in a six-specification Amended Violation of Supervised Release Report. The Court has scheduled a final supervised release revocation hearing on April 27, 2022. The Government writes on behalf of the parties to request that the April 27th hearing be converted to a status conference.

    The parties are discussing a potential resolution of the violation proceedings without the need for a hearing. That discussion turns, in significant part, on the outcome of a criminal case against the defendant in New York State court in Brooklyn, which underlies four of the six specifications. To allow the criminal case to run its course, and permit the parties to continue to discuss a potential resolution, we respectfully request that the Court hold a status conference, rather than a final hearing, on April 27th.

                                       Respectfully submitted,

                                       DAMIAN WILLIAMS
                                       United States Attorney

                    By:       /s/                    
                          Derek Wikstrom
                          Assistant United States Attorney
                          (914) 993-1946

Cc:    Aaron Goldsmith, Esq.