UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA              :
                                       :
v.                                     :     **RESCHEDULING ORDER**
                                       :
**Jaquan Nicholas,**                   :     7:21-cr-00540-PMH
                    Defendant.         :
                                       :
-------------------------------------------------------------x

      The Court has rescheduled the <u>Violation of Supervised Release Revocation Hearing</u> in this matter to <u>October 12, 2022 at 9:00 a.m.</u> in courtroom 520 at the White Plains Courthouse.

      Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: October 6, 2022              SO ORDERED:

                                                  _____
                                                  Philip M. Halpern, U.S.D.J