UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

v.

JAQUAN NICHOLAS,

                Defendant.
-----------------------------------------------------------X

ORDER

21-CR-00540 (PMH)

PHILIP M. HALPERN, United States District Judge:

    On September 29, 2022, the Court directed counsel to file a *joint* status letter setting forth their positions concerning the anticipated plea and sentencing and directed the parties to submit to the Court any documents and/or agreements necessary for its consideration in connection with the VOSR hearing. (Doc. 15).

    On October 6, 2022, defense counsel filed a letter with two substantive paragraphs responding to the Court's order; the response is inadequate to maintain the current hearing date. Accordingly, the Court directs that the government and defense counsel meet and confer and submit, either separately or jointly, their positions concerning the anticipated plea and sentencing, outlining the nature and circumstances of the specification(s) at issue, the guidelines applicable including any term of supervised release, and the proposed purpose of the hearing in this matter. The letter(s) shall be filed no later than 10/17/2022 at 5:00 p.m.

    The Court further directs that the United States Probation Office submit to the Court any updates to the Amended Violation of Supervised Release Report and Petition, and advise the Court of its position concerning the nature and circumstances of the specification(s) at issue, and the guidelines applicable including any term of supervised release.

    The VOSR hearing is adjourned to 10/26/2022 at 11:30 a.m. Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a

questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

SO ORDERED:

Dated: White Plains, New York
       October 7, 2022

_____
Philip M. Halpern
United States District Judge